In the Matter of CENTRAL PARK PLAZA CORPORATION, Appellant, against SPENCER E. BATES et al., Constituting the Tax Commission of the State of New York, Respondents.

Submitted October 15, 1951; decided December 6, 1951.

*Jacob Rabkin, Mark H. Johnson* and *Alvin D. Lurie* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Ruth Kessler Toch* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.